O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR12-2-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| LAMOS WAYNE STURGIS, ) | **AMENDED** JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On March 4, 2013 and April 22, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 19, 2013. Government counsel, L. Ashley Aull, the defendant and his appointed DFPD attorney, Lisa Shinar, were present. The U.S. Probation Officer, Julie Dickinson, was also present.

The defendant admits to allegations 2 and 4, in violation of his supervised release, as stated in the Petition filed on February 19, 2013. The government dismissed allegations 1 and 3 of the Petition filed on February 19, 2013. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on May 8, 2009.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked and reinstated. **\*Defendant's supervised release shall continue to original termination date of May 3, 2014**, under the same terms and conditions previously imposed, with the added condition, as follows:

1 • The defendant shall participate for a period of eight (8) months in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification systems and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment;

• The defendant shall pay the costs of home confinement monitoring to the contract vendor, not to exceed the sum of $14.00 for each day of participation. The defendant shall provide payment and proof of payment as directed by the Probation Officer; and

• The defendant shall participate in the Department of Veteran Affairs Opiate Treatment Program on Fridays, and other programs approved by the U. S. Probation Office.

The Court sets a Status Conference re: Supervised Release Compliance on **July 1, 2013** at **1:00 P.M.** Defendant is ordered to be present on July 1, 2013 at 1:00 P.M., unless advised otherwise by his attorney of record and/or his probation officer.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: May 22, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By:___/S/_____
Catherine M. Jeang, Deputy Clerk